UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:01-cr-00041-TWP-TAB-01 |
| | ) | 1:02-cr-00042-TWP-TAB-01 |
| DEREK D. WELLS, | ) | 1:02-cr-00044-TWP-TAB-02 |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On November 9, 2017, the Magistrate Judge submitted his Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Dkt. 40). The parties waived objection to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date:   11/13/2017

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

William H. Dazey, Jr.
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org

Steven D. DeBrota
UNITED STATES ATTORNEY'S OFFICE
steve.debrota@usdoj.gov

Gayle Helart
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
gayle.helart@usdoj.gov

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
debra.richards@usdoj.gov